UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COLUMBIA DATA PRODUCTS, INC.,

          Plaintiff,

-vs-                                      Case No. 6:06-cv-66-Orl-28KRS

SYMANTEC CORPORATION, f/k/a:
Veritas Software Corporation,

          Defendant.
_____

## ORDER

This case is before the Court on Veritas's Motion for Attorney's Fees (Doc. No. 153) filed December 20, 2007, and Plaintiff's Objections to Veritas's Bill of Costs (Doc. No. 170) filed January 17, 2008. The United States Magistrate Judge has submitted a report recommending that the Motion for Attorney's Fees (Doc. No. 153) be granted and Plaintiff's Objections to Veritas's Bill of Costs (Doc. No. 170) be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 27, 2008 (Doc. No. 187) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Veritas's Motion for Attorneys' Fees (Doc. No. 153) is **GRANTED**. Veritas shall file, within thirty (30) days from the date of this Order, a separate motion with supporting evidence to determine the amount of attorneys' fees and litigation expenses to be awarded.

3.     Plaintiff's Objections to Veritas's Bill of Costs and Request for Clarification of Order Denying as Moot Plaintiff's Motion to Stay and/or Abate Veritas's Motion for Attorneys' Fees and Veritas's Bill of Costs (Doc. No. 170) is **GRANTED in part** and **DENIED in part.**

4.     The Bill of Costs entered by the Clerk at docket entry 166, is **VACATED.** Veritas shall file, within eleven (11) days from the date of this Order, a revised Bill of Costs, with supporting documentation, seeking only taxable costs as defined by 28 U.S.C. § 1920.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23 day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party