UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:06-cv-66-Orl-22KRS

COLUMBIA DATA PRODUCTS, INC.,

    Plaintiff,

v.

SYMANTEC CORPORATION, f/k/a:
Veritas Software Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Symantec Corporation, f/k/a Veritas Software Corporation ("Veritas"), pursuant to Rule 3.08, Local Rules of the United States District Court for the Middle District of Florida, and with the agreement of Columbia Data Products, Inc. ("CDP"), hereby gives notice of a settlement of all issues encompassing all parties.

Veritas, with the agreement of Plaintiff CDP, requests that this case be administratively closed. Veritas is aware of two post-judgment matters currently pending in this case that no longer require the Court's attention, namely (1) a motion with supporting evidence of the amount of Veritas' attorneys' fees and litigation expenses (pursuant to Court's September 23, 2008 Order approving Magistrate Judge Spaulding's Report and Recommendation on Veritas' Motion for Attorneys' Fees), and (2) Veritas' revised bill of costs (pursuant to the Court's October 7, 2008 Endorsed Order).

CASE NO. 6:06-cv-66-Orl-22KRS

Dated: October 29, 2008

Respectfully submitted,

s/ Derek E. León
Derek E. León (Fla. Bar No. 625507)
  dleon@morganlewis.com
Christopher J.M. Collings (Fla. Bar No. 184403)
  ccollings@morganlewis.com
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Telephone:   305.415.3431
Facsimile:    305.415.3001

Counsel for Symantec Corporation f/k/a
Veritas Software Corporation.

## CERTIFICATE OF SERVICE

I hereby certify that on October 29 2008, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to Plaintiff's attorneys, Dawn I. Giebler-Millner, Esq. and Gregory W. Herbert, Esq.

s/ Derek E. León
Derek E. León

2

DB1/62226138.2